IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GARY KONIZ AND KATHY
KONIZ,

      Appellants,

      Case No.  5D23-257

  v.

      LT Case No. 16-2022-SC-007371

ELLIOT BAYMEADOWS
APARTMENTS BIRCHSTONE
RESIDENTIAL PROPERTIES
MANAGEMENT,

      Appellee.

_____/

Decision filed January 31, 2023

Appeal from the County Court
for Duval County,
Scott Mitchell, Judge.

Gary L. Koniz, Jacksonville, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and JAY, JJ., concur.